# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CASE NO. 4:09CR00036-01 SWW |
| V. | * | |
| | * | |
| JUSTIN DANIEL DEATHERAGE | * | |
| | * | |

## ORDER

On February 23, 2021, the Court held a hearing on the United States' supplemental motion [ECF No. 85] to revoke the supervised release previously granted Defendant. Defendant was present at the hearing. Also present was Defendant's attorney, Assistant Federal Public Defender Latrece E. Gray, and Assistant United States Attorney Michael Gordon for the Government. Based on statements of counsel, the Court found that Defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the Government's supplemental motion to revoke supervised release [ECF No. 85] is **GRANTED**, and that the supervised release previously granted Defendant is **REVOKED**. Because the Government's supplemental motion replaces the original, the original motion [ECF No. 64] moot.

IT IS FURTHER ORDERED that Defendant shall serve a *term of imprisonment of TWENTY-FOUR (24) MONTHS* in the custody of the Bureau of Prisons. This sentence will run consecutively to Defendant's undischarged term of imprisonment that he is currently serving at the Arkansas Department of Correction. The Court recommends that Defendant be incarcerated at the Bureau of Prisons facility in Seagoville, Texas.

There will be *FIVE (5) YEARS of supervised release* following the term of incarceration. All general and standard conditions of supervised release previously imposed remain in full force and effect. In addition, Defendant will be subject to the following special conditions of supervised release:

    1. Defendant must participate in sex offender treatment under the guidance and supervision of the probation office and follow the rules and regulations of that program, including submitting to periodic polygraph testing to aid in the treatment and supervision process. Defendant must pay for the cost of treatment, including polygraph sessions, at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If Defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

    2. Defendant must not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256) including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256), or any other material that would compromise Defendant's sex offense-specific treatment.

    3. Defendant must not enter adult bookstores, strip clubs, or adult sex-themed entertainment businesses, or any establishments where such material or

entertainment, including material and entertainment involving children, is available.

4. Defendant must not access the Internet except for reasons approved in advance by the probation officer.

5. Defendant must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. § 1030(e)(l)) that Defendant uses.

6. To ensure compliance with the computer monitoring condition, Defendant must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(l)) subject to computer monitoring.  These searches will be conducted to determine whether the computer contains any prohibited data prior to installation of the monitoring software, whether the monitoring software is functioning effectively after its installation, and whether there have been attempts to circumvent the monitoring software after its installation.  Defendant must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition.

7. Defendant must not participate in online gaming.  Defendant must not utilize or maintain any memberships or accounts of any social networking website or websites that allow minor children membership, a profile, an account, or webpage without approval of the probation office. This includes websites that explicitly prohibit access or use by sex offenders.

8. Defendant must submit his person, property, house, residence, vehicle, papers, computers ( as defined in 18 U.S.C. § 1030(e)(l)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer.  Failure to submit to a search may be grounds for revocation of release.  Defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition.

9. The probation office will provide state officials with all information required under any sexual predator and sexual offender notification and registration statutes and may direct Defendant to report to these agencies personally for required additional processing, such as an interview and assessment, photographing, fingerprinting, polygraph testing, and DNA collection.

10. Defendant must not have direct contact with any child he knows or reasonably should know to be under the age of 18, including his own children, without the permission of the probation officer. If Defendant has any direct contact with any child he knows or reasonably should know to be under the age of 18, including your own children, without the permission of the probation officer, he must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

11. Defendant must not go to, or remain at, any place where he knows children under the age of 18 are likely to be, including parks, schools, playgrounds, and childcare facilities.

The defendant is remanded to the custody of the United States Marshals Service.

IT IS SO ORDERED THIS 24TH DAY OF FEBRUARY, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE